UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-00599-SSS-DTBx | Date | April 18, 2025 |
|---|---|---|---|
| Title | *Hoang Le v. Mulroses USA, Inc.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING REPRESENTATION OF CORPORATE DEFENDANT**

On March 26, 2025, Defendant Mulroses USA, Inc. ("Mulroses") filed an Answer seemingly on behalf of itself. [*See* Dkt. 13].

However, corporations and other business entities cannot appear *pro se* in federal court. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *Dr. JKL Ltd. v. HPC IT Educ. Ctr.*, 749 F. Supp. 2d 1038, 1046 (N.D. Cal. 2010) ("A corporation or other artificial entity must be represented by licensed counsel."); *see also* C.D. Cal. R. 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1.").

Seeing as Mulroses is a corporate entity and is not represented by counsel, it cannot proceed further in this case *pro se*. Mulroses must retain counsel and refile its answer. Accordingly, Mulroses is **ORDERED TO SHOW CAUSE** in writing

why the Answer should not be stricken for failure to retain counsel by **May 9, 2025**.  A hearing is set for **May 16, 2025, at 1:00 p.m.** via Zoom videoconference[1].

    **IT IS SO ORDERED.**

---

[1] To obtain the video conference link for the scheduled hearing, the parties are directed to Judge Sykes' Procedures and Schedules page on the Court's website: http://www.cacd.uscourts.gov/honorable-sunshine-s-sykes.  Please follow the instructions listed under "Zoom Webinar Information."